UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED

2014 FEB 19 P 12: 55

U.S. DISTRICT COURT
EASTERN DIST. TENN.

_____ DEPT _____

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:14-CR- 17 |
| v. ) | |
| ) | JUDGES Varlan/Guyton |
| JOSHUA HAYWORTH and ) | |
| TIMOTHY CHUDLEY, ) | |
| ) | |
| Defendants. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges as follows:

At all times material to this Indictment, the Burger King, located at or near 120 Simpson Road, Lenoir City, Tennessee, was engaged in commercial activities in interstate commerce and an industry which affects interstate commerce.

On or about January 30, 2014, in the Eastern District of Tennessee, defendants JOSHUA HAYWORTH and TIMOTHY CHUDLEY, aided and abetted by one another, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, of the Burger King, located at or near 120 Simpson Road, Lenoir City, Tennessee, in that defendants JOSHUA HAYWORTH and TIMOTHY CHUDLEY, aided and abetted by one another, did unlawfully, knowingly, and willfully take and obtain personal

property consisting of United States currency from the person and in the presence of another, specifically, an employee and agent of the Burger King, against the employee's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to the employee's person, all in violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT TWO

The Grand Jury further charges that, on or about February 3, 2014, within the Eastern District of Tennessee, the defendant, JOSHUA HAYWORTH, with intent to cause death and serious bodily harm, did take a motor vehicle, namely, a 2013 Ford Escape, that had been transported and shipped in interstate commerce, from the person and presence of another, by force and violence and by intimidation, all in violation of Title 18, United States Code, Section 2119.

A TRUE BILL:

GRAND JURY FOREPERSON

WILLIAM C. KILLIAN
UNITED STATES ATTORNEY

KELLY A. NORRIS
Assistant United States Attorney